FILED

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 27 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PAUL MESSER; DOROTHY
CALABRESE, M.D.,

          Plaintiffs - Appellants,

  v.

U.S. DEPARTMENT OF HEALTH &
HUMAN SERVICES; et al.,[*]

          Defendants - Appellees.

No. 10-56353

D.C. No. 8:08-cv-00633-CJC-
RNB

MEMORANDUM[**]

Appeal from the United States District Court
for the Central District of California
Cormac J. Carney, District Judge, Presiding

Submitted July 12, 2011[***]

Before:    SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

    Dorothy Calabrese, M.D., and her patient Paul Messer, appeal pro se from

---

    [*]    Kathleen Sebelius is substituted for her predecessor, Michael O.
Leavitt, as Secretary of the Department of Health and Human Services under Fed.
R. App. P. 43(c)(2).

    [**]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [***]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

the district court's order dismissing their action alleging that Managing Administrative Law Judge Koldeway rendered a decision when she was not the judge who held the administrative hearing, in violation of plaintiffs' rights under the U.S. Constitution and federal law. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Uhm v. Humana, Inc.*, 620 F.3d 1134, 1139 (9th Cir. 2010), and we affirm.

The district court properly dismissed the action because plaintiffs' allegations concerning Judge Koldeway's decision failed to state a claim. *See* 5 U.S.C. § 554(d) ("The employee who presides at the reception of evidence . . . shall make the recommended decision or initial decision . . . unless he becomes unavailable to the agency."). Contrary to plaintiffs' contention, the outcome did not turn on credibility determinations.

Plaintiffs' remaining contentions are unpersuasive.

**AFFIRMED.**